■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JEROME FATUADO, Petitioner, v. CHARLES L. MCKENDRICK, as Warden of Wallkill Prison, Respondent. — Application, pursuant to CPLR 7002 (subd. [b], par. 2), for a writ of habeas

corpus denied for failure of compliance with article 70 of the CPLR, and more particularly with the provisions of CPLR 7002 (subd. [c], par. 6) thereof, and as otherwise insufficient on its face. Gibson, P. J., Herlihy, Aulisi, Staley, Jr., and Gabrielli, JJ., concur.